**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-6589**

_____

THOMAS LEE FARMER,

              Petitioner - Appellant,

        v.

R.M. WOLFE, Warden,

              Respondent - Appellee.

_____

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling.  John Preston Bailey, District Judge.  (5:21-cv-00147-JPB-JPM)

_____

Submitted:  September 28, 2023                    Decided:  October 3, 2023

_____

Before NIEMEYER, THACKER, and RUSHING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Thomas Lee Farmer, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas Lee Farmer appeals the district court's order dismissing his 28 U.S.C. § 2241 petition. In light of the Supreme Court's decision in *Jones v. Hendrix*, 143 S. Ct. 1857, 1867-69 (2023) (holding that a petitioner cannot use § 2241 petition to mount successive collateral challenges to federal convictions or sentences), we conclude that Farmer cannot pursue his claims in a § 2241 petition. Accordingly, we affirm the district court's order dismissing Farmer's § 2241 petition. *Farmer v. Wolfe*, No. 5:21-cv-00147-JPB-JPM (N.D.W. Va. May 31, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2